# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FREDERICK ROSS, JR.                                    CIVIL ACTION

VERSUS

                                                       17-294-SDD-RLB

BRIAN HALL

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 20, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] is granted in part dismissing any claims against Defendant Lt. Hall in his official capacity for monetary damages.  Plaintiff's retaliation claim against Defendant Lt. Hall is dismissed with prejudice. Defendant's *Motion to Dismiss*[4] is denied as to the Plaintiff's excessive force claim against Defendant Lt. Hall.  The Court declines the exercise of supplemental jurisdiction in connection with the Plaintiff's state law claims.

Signed in Baton Rouge, Louisiana on December 10, 2018.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 21.
[2] Rec. Doc. 33.
[3] Rec. Doc. 21.
[4] Rec. Doc. 21.