# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FREDERICK ROSS (#585778)                    CIVIL ACTION

VERSUS                                      17-294-SDD-RLB

LT. BRIAN HALL, ET AL.

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 29, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendant's *Motion to Dismiss*[3] is hereby GRANTED, and Plaintiff's claims against Defendant, Lance Osbourne, are dismissed without prejudice.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana the 20 day of May, 2019.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 37.
[2] Rec. Doc. 39.
[3] Rec. Doc. 37.