UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FREDERICK ROSS (#585778)      CIVIL ACTION

VERSUS      17-294-SDD-RLB

LT. BRIAN HALL, ET AL.

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 6, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment*[3] is hereby GRANTED and this matter is dismissed with prejudice.

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana the 2 day of March, 2020.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 55.
[2] Rec. Doc. 58.
[3] Rec. Doc. 55.